# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ortiz Jr, Ismael | Docket No. | 0980 2:21CR00043-TOR-3 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Ismael Ortiz Jr, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 12th day of May 2021, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition:** Refrain from any use of alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial supervision by using a controlled substance, cocaine, on or about August 2, 2021.

The defendant was released on to pretrial supervision on May 12, 2021. These conditions were reviewed with the defendant on May 19, 2021, and he later signed the order and was provided a copy on May 21, 2021.

On August 9, 2021, this officer received notification from Social Treatment Opportunities Program (STOP) that the defendant had submitted to a drug screen on August 2, 2021, which yielded positive for cocaine and alcohol as confirmed by their lab, Cordant. Mr. Ortiz was confronted regarding the test results on August 9, 2021. He was not able to confirm or deny whether he had used any illicit substance over that weekend.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial supervision by using alcohol, on or about August 2, 2021.

The defendant was released on to pretrial supervision on May 12, 2021. On July 28, 2021, the defendant's conditions were modified to include a condition for alcohol prohibition. Mr. Ortiz had previously reviewed the modification and consented to the modification on July 21, 2021.

On August 9, 2021, this officer received notification from Social Treatment Opportunities Program (STOP) that the defendant had submitted to a drug screen on August 2, 2021, which yielded positive for cocaine and alcohol as confirmed by their lab, Cordant. Mr. Ortiz was confronted regarding the test results on August 9, 2021. He was not able to confirm or deny whether he had used an alcohol over that weekend.

**Violation #3:** The defendant is considered to be in violation of his conditions of pretrial supervision by using a controlled substance, cocaine, on or about August 6 or 7, 2021.

The defendant was released on to pretrial supervision on May 12, 2021. These conditions were reviewed with the defendant on May 19, 2021, and he later signed the order and was provided a copy on May 21, 2021.

During a phone conversation on August 9, 2021, the defendant admitted to using cocaine on or about August 6 or 7, 2021, after feeling overwhelmed and stressed in response to an ex-girlfriend threatening to commit suicide.

PS-8
**Re: Ortiz Jr, Ismael**
**August 11, 2021**
**Page 2**

**Violation #4:** The defendant is considered to be in violation of his conditions of pretrial supervision by using alcohol, on or about August 6 or 7, 2021.

The defendant was released on to pretrial supervision on May 12, 2021. On July 28, 2021, the defendant's conditions were modified to include a condition for alcohol prohibition. Mr. Ortiz had previously reviewed the modification and consented to the modification on July 21, 2021.

During a phone conversation on August 9, 2021, the defendant admitted to consuming alcohol heavily on either August 6 or 7, 2021, to the point he had blacked out and was throwing up. He reported he decided to get drunk in response to an ex-girlfriend stating she was going to commit suicide.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: August 11, 2021

by s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer
8/11/2021
Date