FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL ORTIZ, JR.,<br><br>Defendant. | No. 2:21-CR-00043-TOR-3<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR ORDER MODIFYING CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 298)** |

Before the Court is Defendant's Motion for Order Modifying Conditions of Release, **ECF No. 298.**

Specifically, Defendant is requesting to modify release condition No. 28, ECF No. 242, from home detention to a curfew defined by the United States Probation Office. U.S. Probation Officer Emely Cubias is in agreement and has requested to move the Defendant from home detention to curfew as the Defendant has remained gainfully employed, sober, and in full compliance with release conditions. The United States has no objection to the modification as recommended by U.S. Probation Officer Cubias.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 298,** is **GRANTED**.

The Home Detention provision of the Order Following Pretrial Release Revocation Hearing, ECF No. 242, is modified to strike only the Home Detention

ORDER - 1

provision at Release Condition No. 28 in favor of the following curfew requirement:

> **Curfew**: Defendant shall be restricted to his approved residence every day from 8:00 p.m. to 6:00 a.m. except for: medical necessities, substance abuse testing or treatment, mental health treatment and any other activities pre-approved by the Pretrial Services Office or supervising officer.

All other terms and conditions of release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED May 31, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2